JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SKYWORKS SOLUTIONS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 8:25-cv-00644-DOC-JDE<br><br>(Consolidated)<br><br>**STIPULATION TO STAY CONSOLIDATED DERIVATIVE ACTION**<br><br>Judge: Honorable David O. Carter |

//

//

//

//

//

//

//

The Court, having considered the Stipulation to Stay Consolidated Derivative Action (the "Stipulation"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is GRANTED. The Consolidated Derivative Action, including any conferences currently scheduled, shall be stayed until such time as notice is given pursuant to paragraphs 5 or 6 of the Stipulation and the Court thereafter issues an order to lift the stay.

2. Defendants shall promptly notify Plaintiffs of the filing of any related derivative actions brought on behalf of Skyworks ("Related Derivative Actions").

3. Defendants shall promptly notify Plaintiffs if a Related Derivative Action is not stayed for a similar or longer duration than the Consolidated Derivative Action.

4. The Parties agree that notwithstanding this stay of this Consolidated Derivative Action, Plaintiffs may designate an operative complaint or file an amended complaint, however, Defendants need not answer or otherwise respond to the Complaint or to any other complaint or amended complaint that is filed in or consolidated with the Consolidated Derivative Action during the pendency of this stay.

5. The Parties shall notify the Court within thirty (30) days after the occurrence of either of the following events and shall set forth in that notice the Parties' positions as to whether the stay should be lifted or continued: (1) the dismissal of the Securities Class Action, with prejudice, by the court, and exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Class Action in whole or in part such that the Securities Class Action proceeds to discovery.

6. Any of the Parties to the Stipulation may seek to lift the stay even in the absence of a triggering event described in Paragraph 5 by filing an application with the Court setting forth the reasons the stay should be lifted, and any Party to this

Stipulation opposing such an application must file their opposition within ten (10) business days thereafter. Plaintiffs also have the option to terminate the stay if a Related Derivative Action is not stayed for a similar or longer duration than the Consolidated Derivative Action by giving fourteen (14) days' notice to counsel for Defendants via email. Defendants may thereafter move to stay the Consolidated Derivative Action but not on the grounds that a Related Derivative Action should proceed before the Consolidated Derivative Action.

7. Within ten (10) days after the stay of the Consolidated Derivative Action is terminated, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Consolidated Derivative Action, including the date by which Defendants must answer, move, or otherwise respond to an operative complaint.

8. During the stay, Defendants shall promptly notify Plaintiffs of, and shall include Plaintiffs in, any mediation or formal settlement talks between the parties in the Securities Class Action and in any Related Derivative Action.

9. Defendants shall provide Plaintiffs, with undersigned counsel as Plaintiffs designated receiving agent, copies of any documents produced by Skyworks in connection with any demand pursuant to Section 220 of the Delaware General Corporation Law, 8 Del. C. §220, within a reasonable time following the production of those documents to the 220 demand stockholder. Such production shall only be made following Plaintiffs' entry into an appropriate confidentiality agreement that permits Plaintiffs to use such documents solely in Plaintiffs' case.

10. Notwithstanding their agreement to stay the Consolidated Derivative Action, the Parties reserve all of their respective rights, claims and defenses in this Consolidated Derivative Action, and no part of this Order shall be construed as a waiver of any rights, claims, or defenses, including that Defendants reserve their right to challenge this action as brought in an improper forum.

**IT IS SO ORDERED.**

Dated: July 15, 2025

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE